CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 05 2014

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HAZEL K. FARIS, EXECUTOR OF ) <br> THE ESTATE OF GEAT REX FARIS ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> UNITED STATES OF AMERICA ) <br>  ) <br>  ) <br> Defendant. ) | Civil Action No. 7:13cv168 <br><br> **ORDER** <br><br> By: Samuel G. Wilson <br> United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) is **GRANTED IN PART** and **DENIED IN PART**.

**ENTER**: March 5, 2014.

_____
UNITED STATES DISTRICT JUDGE