CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 05 2014

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HAZEL K. FARIS, EXECUTOR OF THE ESTATE OF GEAT REX FARIS | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 7:13cv168 |
| v. | ) ) | **ORDER** |
| UNITED STATES OF AMERICA | ) ) ) | By: Samuel G. Wilson United States District Judge |
| Defendant. | ) ) | |

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) is **GRANTED IN PART** and **DENIED IN PART**.

**ENTER**: March 5, 2014.

_____
UNITED STATES DISTRICT JUDGE